UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GREGORY WATSON, | ) CV 09-5893-JHN (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| M. MARTEL, WARDEN (A) | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 23, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

1